UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:

JAMES AND JENNIFER DIMOND,    Case No. 10-52106-PJS
                              Chapter 13
Debtor(s)                     Hon. SHEFFERLY
_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES Creditor, MIDWEST FINANCIAL CREDIT UNION, by and through counsel, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., and objects to the confirmation of the Debtors' proposed Chapter 13 Plan as follows:

1. Debtors' proposed Chapter 13 Plan does not represent their best effort to insure that all projected disposable income will be applied to make payments under the Plan as required pursuant to 11 U.S.C. §1325.

2. Creditor believes the Debtors have inflated certain budget items, to wit:

   A. Food for three people - $1,368.00 monthly.

   B. Student loans - $700.00 monthly.

3. Creditor believes these amounts to be excessive and unreasonable for a Debtor in a Chapter 13 Plan.

WHEREFORE, Creditor prays that this Honorable Court will deny confirmation as proposed.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/s/ KAREN L. ROWSE-OBERLE (P41893)
Attorney for Creditor
24525 Harper Avenue, Suite Two
St. Clair Shores, MI 48080
(586) 777-0770
krowse-oberle@butler-butler.com

June 9, 2010