# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

| | |
|---|---|
| JAMES BRENDAN DIMOND, | **Chapter:** 13 |
| JENNIFER ANNE DIMOND | **Case Number:** 10-52106 |
| Debtor(s). | **Judge:** PHILLIP J. SHEFFERLY |
| _____/ | |

### Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

X Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee's Objection
Trustee objects to Debtors' monthly expense of $1,368.00 for food for three people. Debtors think this is reasonable as it is consistent with IRS standards for family of 3 in Debtors' jurisdiction.

Debtors believe that Trustee's other objections have been resolved by the First Amended Ch. 13 Plan and the filing of the payment order.

Creditor Midwest Financial Credit Union
Objections: (1) Creditor objects to Debtors' monthly expense of $1,368.00 for food for three people. Debtors think this is reasonable as it is consistent with IRS standards for family of 3 in Debtors' jurisdiction. (2) Creditor objects to $700.00 per month payment on student loans; amended plan has student loans paid through the Plan, and extra income now funds the Plan, which should resolve this objection.

Dated: October 4, 2010                /s/ Gregory L. Dodd_____

1

Gregory L. Dodd (P43404)  
Debtor's Attorney  
gregorydodd@doddkeyeslaw.com  
300 North Huron Street  
Ypsilanti, MI 48197  
Phone: 734-487-2611