Rev. 5/2008

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:*

JAMES BRENDAN DIMOND,　　　　　　　　　　Chapter: 13
JENNIFER ANNE DIMOND　　　　　　　　　　　Case Number: 10-52106
　　　　　　　Debtor(s).　　　　　　　　　　Judge: PHILLIP J. SHEFFERLY
_____/

## VOLUNTARY DISMISSAL BY DEBTORS

　　　The Debtors hereby assert that they voluntarily dismiss this case, without prejudice.

Dated: November 24, 2010

_____　　　　_____
James B. Dimond　　　　　　　　　　　　　　Jennifer A. Dimond

Dated: November 24, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gregory L. Dodd (P43404)
　　　　　　　　　　　　　　　　　　Debtors' Attorney
　　　　　　　　　　　　　　　　　　gregorydodd@doddkeyeslaw.com
　　　　　　　　　　　　　　　　　　300 North Huron Street
　　　　　　　　　　　　　　　　　　Ypsilanti, MI 48197
　　　　　　　　　　　　　　　　　　Phone: 734-487-2611

1